IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Marcia Fields, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv480 |
| vs. : | |
| : | Judge Susan J. Dlott |
| United States of America, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 11, 2016 a Report and Recommendations (Doc. 7). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the United States' motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 3) is GRANTED, plaintiff's motion for default (Doc. 5) is DENIED.  This case is hereby DISMISSED with prejudice.

IT IS SO ORDERED.


   ___s/Susan J. Dlott_____
   Judge Susan J. Dlott
   United States District Court